AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| JAMES D'CRUZ <br><br> *Plaintiff* <br><br> v. <br><br> THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, ET AL <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 5:10-CV-00140-C <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ERIC HOLDER
Attorney General
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Fernando M. Bustos
LAW OFFICES OF FERNANDO M. BUSTOS, P.C.
P.O. Box 1980
Lubbock, TX 79408-1980

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: SEP - 8 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Eric Holder, Attorney General
was received by me on *(date)*   09-09-10

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   Donna Whitley, Correspondence, Clerk, who is
designated by law to accept service of process on behalf of *(name of organization)* Eric Holder, Attorney General
950 Pennsylvania Avenue, NW, Washington, DC   on *(date)* 09-09-10 1:55 PM ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00.

I declare under penalty of perjury that this information is true.

Date:   09-10-10

*Server's signature*

Frederick Parsons, Jr., Private Process Server
*Printed name and title*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Server's address*

Additional information regarding attempted service, etc:

\* Complaint for Declaratory Judgment and Injunctive Relief; Certificate of Interested Person
Application of r Admission Pro Hac Vice re: Charles J. Cooper; Application for Admission
Pro Hac Vice re: David H. Thompson; and Application for Admission Pro Hac Vice re: Jesse
Panuccio