# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Lubbock Division*

James A. D'Cruz et al.

Plaintiff

v.

BATFE et al.

Defendant

5:10-cv-00140-C

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

James D'Cruz, Andrew Payne, and National Rifle Association of America, Inc., Plaintiffs

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

None.

|  |  |
|---|---|
| Date: | Oct 21, 2010 |
| Signature: | s/ Fernando Bustos |
| Print Name: | Fernando Bustos |
| Bar Number: | 24001819 |
| Address: | P.O. Box 1980 |
| City, State, Zip: | Lubbock, TX  79408 |
| Telephone: | 806-780-3976 |
| Fax: | 806-780-3800 |
| E-Mail: | fbustos@bustoslawfirm.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2010, a true and correct copy of the foregoing document has been served by first-class United States mail on:

Daniel Riess  
Trial Attorney  
Federal Programs Branch  
Civil Division  
United States Department of Justice  
20 Massachusetts Ave., N.W.  
Washington, D.C. 20530  

John Parker  
Chief of the Civil Division  
Office of the United States Attorney  
 for the Northern District of Texas  
1100 Commerce Street, 3rd Floor  
Dallas, TX  75242  


                                                s/ Charles J. Cooper_____  
                                                Charles J. Cooper