IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES D'CRUZ; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, et al., <br><br>　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )　Civil Action No. 5:10-CV-140-C |

## ORDER

The Court having considered Defendants' Unopposed Motion for Extension of Time to File Dispositive Motion, filed December 13, 2010, is of the opinion that the same should be **GRANTED**. Defendants shall file their dispositive motion by December 22, 2010.

SO ORDERED.

Dated December 14, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE