IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **JAMES D'CRUZ, ANDREW PAYNE, and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**<br><br>**Defendants.** | Case No. 5:10-cv-00140-C |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(6), and 56, Defendants hereby move this Court to dismiss Plaintiffs' Amended Complaint for Declaratory Judgment and Injunctive Relief or, in the alternative, to enter summary judgment for Defendants. Defendants respectfully request oral argument on this motion.

In accordance with Local Civil Rule 56.5, this motion is accompanied by a brief that sets forth the argument and authorities on which Defendants rely in support of this motion. A proposed order also accompanies this motion.

**SUMMARY**

Defendants move this Court to dismiss this case under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). In the alternative, Defendants move for summary judgment in their favor because Plaintiffs are challenging "presumptively lawful" restrictions that "impos[e] conditions and qualifications on the commercial sale of arms," as described in District of Columbia v. Heller, 128 S. Ct. 2783, 2817 (2008). These laws do not preclude conduct that is protected by the Second Amendment and would pass constitutional muster in any event. Accordingly, the Court should dismiss the case or enter summary judgment for Defendants.

Dated: December 22, 2010                           Respectfully submitted,

                                                   TONY WEST
                                                   Assistant Attorney General

                                                   JAMES T. JACKS
                                                   United States Attorney

                                                   JOHN R. PARKER
                                                   Assistant United States Attorney


                                                        /s/ Daniel Riess
                                                   SANDRA M. SCHRAIBMAN
                                                   Assistant Director
                                                   DANIEL RIESS (Texas Bar No. 24037359)
                                                   Trial Attorney
                                                   U.S. Department of Justice
                                                   Civil Division, Rm. 6122
                                                   20 Massachusetts Avenue, NW
                                                   Washington, D.C. 20530
                                                   Telephone: (202) 353-3098
                                                   Fax: (202) 616-8460
                                                   Email: Daniel.Riess@usdoj.gov
                                                   *Attorneys for Defendants*