## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **JAMES D'CRUZ, ANDREW PAYNE,** | § | |
| **NATIONAL RIFLE ASSOCIATION OF** | § | |
| **AMERICA, INC.** | § | |
| | § | |
| **V.** | § | |
| | § | |
| **THE BUREAU OF ALCOHOL,** | § | **CASE NO. 5-10-CV-00140-C** |
| **TOBACCO, FIREARMS, AND** | § | |
| **EXPLOSIVES; KENNETH E. MELSON,** | § | |
| **in his official capacity as Acting Director** | § | |
| **of the Bureau of Alcohol, Tobacco,** | § | |
| **Firearms, and Explosives; ERIC HOLDER,** | § | |
| **in his official capacity as Attorney General** | § | |
| **of the United States** | § | |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED
## MOTION FOR EXTENSION OF BRIEFING DEADLINES

Before the Court is Plaintiffs' Unopposed Motion for Extension of Briefing Deadlines.  The Court finds the Motion meritorious, and therefore, **GRANTS** the Motion.

**IT IS, THEREFORE ORDERED** that the scheduling order entered November 8, 2010 (Doc. No. 17), is amended as follows:

1.     Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgment and to file Plaintiffs' cross-motion for summary judgment is extended two (2) weeks, until January 28, 2011.

2.     Plaintiffs' cross-motion for summary judgment is due on March 7, 2011.

3.     Plaintiffs' reply brief in support of their upcoming cross-motion for summary judgment is due on April 15, 2011.

**SO ORDERED.**

Dated January 10, 2011.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE