IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

|  |  |  |
|---|---|---|
| JAMES D'CRUZ, ANDREW PAYNE, NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco Firearms, and Explosives; ERIC HOLDER, in his official capacity as Attorney General of the United States, | ) ) ) ) ) ) ) ) ) |  |
| Defendants. | ) | Civil Action No. 5-10-CV-00140-C |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CLARIFY AND SET PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING

Before the Court is Plaintiffs' Unopposed Motion to Clarify and Set Page Limits for Summary Judgment Briefing. The Court finds the Motion meritorious and therefore **GRANTS** the Motion.

**IT IS ORDERED** that

(1) Plaintiffs' deadline to respond to Defendants' motion for summary judgment and to file Plaintiffs' cross-motion for summary judgment is January 28, 2011;

(2) Plaintiffs may file a single, omnibus brief of not more than 75 pages incorporating both Plaintiffs' response to Defendants' motion for summary judgment and Plaintiffs' brief in support of their cross-motion for summary judgment;

(3) Defendants' reply brief in support of their motion for summary judgment and Defendants' response to Plaintiffs' cross-motion for summary judgment is due March 7, 2011; and

(4) Plaintiffs' reply brief in support of their cross-motion for summary judgment is due April 15, 2011.

SO ORDERED.

Dated January 27, 2011.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE