CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS 2011 FEB 10  PM 12: 03
LUBBOCK DIVISION

DEPUTY CLERK

JAMES D'CRUZ; ANDREW PAYNE;        )
NATIONAL RIFLE ASSOCIATION OF      )
AMERICA, INC.,                     )
                                   )
                Plaintiffs,        )
                                   )
v.                                 )
                                   )
THE BUREAU OF ALCOHOL,             )
TOBACCO, FIREARMS, AND             )
EXPLOSIVES, et al.,                )
                                   )
                Defendants.        )   Civil Action No. 5:10-CV-140-C

## ORDER

The Court having considered Defendants' Consent Motion for Extension of Time to File

Responsive Briefs, filed February 8, 2011, is of the opinion that the same should be **GRANTED**.

Defendants shall file their response to Plaintiffs' cross-motion for summary judgment and reply

brief in support of Defendants' motion for summary judgment by April 6, 2011, and Plaintiffs

shall file their reply brief in support of their cross-motion for summary judgment by May 18,

2011.

SO ORDERED.

Dated February  *10* , 2011.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE