# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
*Lubbock Division*

Rebekah Jennings et al.
_____

Plaintiff

v.

BATFE et al.
_____

Defendant

5:10-cv-00140-C
_____

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(3)(D), and LR 81.2,

Rebekah Jennings, Brennan Harmon, Andrew Payne, and National Rifle Association of America
_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

None

| | |
|---|---|
| Date: | February 11, 2011 |
| Signature: | s/ Fernando Bustos |
| Print Name: | Fernando Bustos |
| Bar Number: | 24001819 |
| Address: | P.O. Box 1980 |
| City, State, Zip: | Lubbock, TX 79408 |
| Telephone: | 806-780-3976 |
| Fax: | 806-780-3800 |
| E-Mail: | fbustos@bustoslawfirm.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons