**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| **REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,** | )<br>)<br>)<br>)<br>) |
| **Plaintiffs,** | ) |
| v. | ) **Case No. 5:10-cv-00140-C**<br>) **Judge Sam R. Cummings** |
| **THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH E. MELSON,** in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; **ERIC HOLDER,** in his official capacity as Attorney General of the United States, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## CERTIFICATE OF SERVICE

On February 11, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal rule of Civil Procedure 5 (b)(2).

s/ Fernando M. Bustos__
Fernando M. Bustos