**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| **REBEKAH JENNINGS, BRENNAN HARMON, ANDREW PAYNE, and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**<br><br>**Defendants.** | **Case No. 5:10-cv-00140-C** |

## NOTICE OF APPEARANCE

Please take notice that Jessica B. Leinwand hereby enters her appearance in the above-captioned matter as co-counsel for Defendants.

Dated:  April 5, 2011

Respectfully submitted,

TONY WEST
Assistant Attorney General

JAMES T. JACKS
United States Attorney

JOHN R. PARKER
Assistant United States Attorney

   /s/ Jessica B. Leinwand
SANDRA SCHRAIBMAN (D.C. Bar No. 188599)
DANIEL RIESS (Texas Bar No. 24037359)
JESSICA B. LEINWAND (N.Y. BAR)
Civil Division, Federal Programs Branch
United States Department of Justice
Tel: (202) 305-8628
Fax: (202) 616-8460
Email: Jessica.B.Leinwand@usdoj.gov

<u>Mailing Address:</u>
Post Office Box 883
Washington, D.C.  20044

<u>Courier Address:</u>
20 Massachusetts Ave., N.W.
Room 5375
Washington, D.C. 20001

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On April 5, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

   /s/ Jessica B. Leinwand
Jessica B. Leinwand