# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

REBEKAH JENNINGS, BRENNAN HARMON, ADNREW PAYNE, and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,

*Plaintiff*

v.     Case No. 5:10-cv-00140-C

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; KENNETH E. MELSON, in his capacity as Acting Director of the Bureau of Alcohol, Tobacco, and Firearms and Explosives; and ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States

*Defendant*

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of) N/A, with offices at

28 Eagle Trace
(Street Address)

Mandeville (City)     LA (State)     70471 (Zip Code)

985-626-5052
(Telephone No.)

**II.**  Applicant will sign all filings with the name Brian S. Koukoutchos.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

bskoukoutchos@gmail.com
(E-mail Address)

**III.**  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Rebekah Jennings
Brennan Harmon
Andrew Payne
National Rifle Association of America, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of <u>District of Columbia</u>, where Applicant regularly practices law.

Bar license number: <u>482309</u>   Admission date: <u>07/11/2003</u>

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only.
Bar Status Verified:
_____

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals Third Circuit | 04/26/2001 | Active |
| U.S. Court of Appeals Seventh Circuit | 03/23/2001 | Active |
| U.S Court of Appeals Fifth Circuit | 05/27/1998 | Active |
| U.S. Court of Appeals Federal Circuit | 12/07/1993 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:       Case No. And Style:

04/29/2011                 D'Cruz et al v. McCraw et al - Case No. 5:10-cv-00141-C (Civil Case)

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Fernando M. Bustos, Law Offices of Fernando M. Bustos, P.C.     who has offices at

1001 Main Street, Suite 501
(Street Address)

Lubbock                                    TX              79401
(City)                                     (State)         (Zip Code)

806-780-3976 .
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  29th  day of April                , 2011  .

                                                       Brian S. Koukoutchos
                                                       Printed Name of Applicant

                                                       s/ Brian S. Koukoutchos
                                                       Signature



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

_____ BRIAN STUART KOUKOUTCHOS _____

was on the  11TH  day of  JULY, 2003  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 27, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk