**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

| | |
|---|---|
| **REBEKAH JENNINGS, BRENNAN HARMON, ANDREW PAYNE, and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**<br><br>**Defendants.** | **Case No. 5:10-cv-00140-C** |

<u>**NOTICE OF RECENT AUTHORITY**</u>

Defendants hereby respectfully bring to the Court's attention two recent appellate

decisions, <u>Nordyke v. King</u>, __ F.3d __, No. 07-15763 (9th Cir. May 2, 2011), and <u>United States</u>

<u>v. Chafin</u>, No. 09-4098 (4th Cir. April 13, 2011) (per curiam), copies of which are attached as

exhibits to this Notice.

Dated: May 12, 2011                          Respectfully submitted,


*OF COUNSEL*:                                TONY WEST
                                             Assistant Attorney General

MELISSA ANDERSON
Bureau of Alcohol, Tobacco,                  JAMES T. JACKS
Firearms & Explosives                        United States Attorney
99 New York Avenue, N.E.

Washington, D.C. 20226
Tel: (202) 648-7056
Melissa.Anderson@usdoj.gov

JOHN R. PARKER
Assistant United States Attorney

    /s/ Daniel Riess
SANDRA M. SCHRAIBMAN
Assistant Director
DANIEL RIESS (Texas Bar No. 24037359)
JESSICA LEINWAND (New York Bar)
Trial Attorneys
U.S. Department of Justice
Civil Division, Rm. 6122
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On May 12, 2011, I electronically submitted the foregoing document with the clerk of

court for the U.S. District Court, Northern District of Texas, using the electronic case filing

system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record

electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    /s/ Daniel Riess
    Daniel Riess