IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **REBEKAH JENNINGS, BRENNAN HARMON, ANDREW PAYNE, and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**<br><br>**Defendants.** | Case No. 5:10-cv-00140-C |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO
PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Civil Rule 56.7, Defendants respectfully move the Court for leave to file a response to Plaintiffs' Notice of Supplemental Authority [Doc. No. 55]. In support of this motion, Defendants state as follows:

1. On July 18, 2011, Plaintiffs moved for leave to file a notice of supplemental authority. The substance of the notice complied with Federal Rule of Appellate Procedure 28(j), which requires that the body of such notices "not exceed 350 words," and that "[a]ny response must be made promptly and must be similarly limited."

2. Defendants agreed not to oppose Plaintiffs' motion, and Plaintiffs agreed not to oppose a

motion by Defendants for leave to file a response to Plaintiffs' notice, the body of which did not exceed 350 words.

3. As we explain in the attached response, the recent decision in <u>Ezell v. City of Chicago</u>, No. 10-3525, 2011 WL 2623511 (7th Cir. July 6, 2011), does not affect the arguments advanced by the parties in their prior briefing.

WHEREFORE, Defendants respectfully request that the Court grant their unopposed motion for leave to file a response to Plaintiffs' notice of supplemental authority. A proposed order is attached hereto.

Dated: July 22, 2011                                       Respectfully submitted,

*OF COUNSEL*:                                              TONY WEST
                                                           Assistant Attorney General

MELISSA ANDERSON
Bureau of Alcohol, Tobacco,                                JAMES T. JACKS
Firearms & Explosives                                      United States Attorney
99 New York Avenue, N.E.
Washington, D.C. 20226                                     JOHN R. PARKER
Tel: (202) 648-7056                                        Assistant United States Attorney
Melissa.Anderson@usdoj.gov

                                                               /s/ Daniel Riess
                                                           SANDRA M. SCHRAIBMAN
                                                           Assistant Director
                                                           DANIEL RIESS (Texas Bar No. 24037359)
                                                           JESSICA LEINWAND (New York Bar)
                                                           Trial Attorneys
                                                           U.S. Department of Justice
                                                           Civil Division, Rm. 6122
                                                           20 Massachusetts Avenue, NW
                                                           Washington, D.C. 20530
                                                           Telephone: (202) 353-3098
                                                           Fax: (202) 616-8460
                                                           Email: Daniel.Riess@usdoj.gov
                                                           *Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

Defendants' counsel conferred with Plaintiffs' counsel on July 15, 2011. Plaintiffs' counsel agreed not to oppose a motion by Defendants to file a response to Plaintiffs' notice of supplemental authority of not more than 350 words.

**CERTIFICATE OF SERVICE**

On July 22, 2011, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                    /s/ Daniel Riess
                                                    Daniel Riess