IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| **REBEKAH JENNINGS, BRENNAN HARMON, ANDREW PAYNE, and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC.,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and ERIC H. HOLDER, Jr., in his official capacity as Attorney General of the United States,**<br><br>**Defendants.** | Case No. 5:10-cv-00140-C |

## PROPOSED ORDER

Came on this day Defendants' Unopposed Motion for Leave to File Response to Plaintiffs' Notice of Supplemental Authority, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED.**

It is therefore **ORDERED** that Defendants may file their response to Plaintiffs' notice of supplemental authority.

Dated _____, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE