CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 JUL 22 PM 2: 21

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| REBEKAH JENNINGS, BRENNAN HARMON, ANDREW PAYNE, and NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco Firearms, and Explosives; ERIC HOLDER, in his official capacity as Attorney General of the United States, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 5-10-CV-00140-C |

**ORDER**

The Court having considered Defendants' Unopposed Motion for Leave to File Response to Plaintiffs' Notice of Supplemental Authority, filed July 22, 2011, is of the opinion that the same should be **GRANTED**. Defendants should file their response within 7 days of the date of this Order.

SO ORDERED.

Dated July 22, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE